Gary J. Gorham (SBN: 171061)
ggorham@lglaw.la
Eric Ashton Puritsky (SBN 239577)
epuritsky@lglaw.la
Andrew W. Twietmeyer (SBN 254436)
atwietmeyer@lglaw.la
**LEADER GORHAM LLP**
1990 South Bundy Drive, Suite 390
Los Angeles, CA 90025
Telephone: (310) 696-3300
Telecopy: (310) 696-3305

Attorneys for Plaintiff
SPECTRUM LABORATORIES, LLC

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPECTRUM LABORATORIES, LLC, an Ohio limited liability company,<br><br>Plaintiff,<br>vs.<br>US GLOBAL IMPORT, INC., a California corporation; LIBIGROW, INC. d/b/a Xhale Distributors, a California corporation; GENERAL SUPPLY WHOLESALER, INC., a California corporation; and Does 1-10,<br><br>Defendants. | Case No. CV10-00329 PSG (JCx)<br>[Assigned to Hon. Philip S. Gutierrez, Courtroom 880]<br><br>**DECLARATION OF ERIC ASHTON PURITSKY IN SUPPORT OF PLAINTIFF SPECTRUM LABORATORIES, LLC'S [PROPOSED] FINAL PRETRIAL CONFERENCE ORDER**<br><br>*[Filed Concurrently with Notice of Lodging [Proposed] Final Pretrial Conference Order]*<br><br>Complaint Filed: January 15, 2010<br>Discovery Cut-off: December 28, 2010<br>Final Pretrial: March 21, 2011<br>Trial Date: April 5, 2011 |

I, Eric Ashton Puritsky, declare as follows:

1. I am an attorney licensed to practice law in California and am admitted to practice before this Court. I am counsel to Spectrum Laboratories, LLC

42361.doc

1
**DECLARATION OF ERIC ASHTON PURITSKY IN SUPPORT OF PLAINTIFF SPECTRUM, LLC'S [PROPOSED] FINAL PRETRIAL CONFERENCE ORDER**

2. Pursuant to the Court's June 3, 2010 Order for Jury Trial, the Proposed Final Pretrial Conference Order ("PTCO") shall be lodged no later than seven calendar days before the Final Pretrial Conference, *i.e.*, March 14, 2011.

3. Counsel for defendant Libigrow, Inc. ("Libigrow"), Christopher Brainard, did not provide any input on the concurrently-lodged PTCO. Accordingly, Spectrum has lodged the PTCO with Spectrum's portions only.

4. On March 10, 2011, I directed Andrew Twietmeyer to send the draft PTCO to Mr. Brainard. Pursuant to L.R. 16-7, Mr. Twietmeyer did so and asked Mr. Brainard to provide Libigrow's portions by 10:00 a.m. on March 14, 2011. A true and correct copy of Mr. Twietmeyer's letter to Mr. Brainard (with the draft PTCO) is attached hereto as Exhibit A.

5. At 10:37 a.m. on March 14, 2011, I sent a letter via email to Mr. Brainard explaining that we needed Libigrow's portions of the PTCO, and requested that he provide them by 12:00 p.m. A true and correct copy of my letter to Mr. Brainard is attached hereto as Exhibit B.

6. At 1:43 p.m. on March 14, 2011, Mr. Brainard responded to my letter. A true and correct copy of Mr. Brainard's letter is attached hereto as Exhibit C.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Signed this 14 day of March 2011, at Los Angeles, California.

_____
Eric Ashton Puritsky

2

DECLARATION OF ERIC ASHTON PURITSKY IN SUPPORT OF PLAINTIFF SPECTRUM, LABORATORIES LLC'S [PROPOSED] PRETRIAL CONFERENCE ORDER
CV10-00329 PSG (JCx)