Gary J. Gorham (SBN: 171061)
ggorham@lglaw.la
Eric Ashton Puritsky (SBN 239577)
epuritsky@lglaw.la
**LEADER GORHAM LLP**
1990 South Bundy Drive, Suite 390
Los Angeles, CA 90025
Telephone: (310) 696-3300
Telecopy: (310) 696-3305

Attorneys for Plaintiff
SPECTRUM LABORATORIES, LLC

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPECTRUM LABORATORIES, LLC, an Ohio limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>US GLOBAL IMPORT, INC., a California corporation; LIBIGROW, INC. d/b/a Xhale Distributors, a California corporation; GENERAL SUPPLY WHOLESALER, INC., a California corporation; and Does 1-10,<br><br>Defendants. | Case No. CV10-00329 PSG (JCx)<br>[Hon. to Philip S. Gutierrez, Crtrm. 880]<br><br>**NOTICE OF PLAINTIFF SPECTRUM LABORATORIES, LLC'S *EX PARTE* APPLICATION TO MODIFY THE COURT'S SCHEDULING ORDER TO CONTINUE FINAL PRETRIAL CONFERENCE AND TRIAL**<br><br>Date:        None Scheduled<br>Time:       None Scheduled<br>Courtroom: 880<br><br>*[Filed concurrently with Memorandum of Points and Authorities; [Proposed] Order and Supporting Declaration of Gary J. Gorham]*<br><br>Complaint Filed:    January 15, 2010<br>Discovery Cut-off: December 28, 2010<br>Final Pretrial:         March 21, 2011<br>Trial Date:             April 5, 2011 |

42451

1

**NOTICE OF SPECTRUM'S *EX PARTE* APPLICATION TO MODIFY THE COURT'S SCHEDULING ORDER**

CV10-00329 PSG (JCx)

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE THAT Plaintiff Spectrum Laboratories, LLC
3  ("Spectrum") hereby applies *ex parte* for an Order amending the Scheduling Order
4  (Dkt. No. 37) to continue the Final Pretrial Conference, currently scheduled for
5  March 21, 2011 at 2:30 p.m., and Trial, currently scheduled for April 5, 2010 at 9:00
6  a.m. Spectrum respectfully requests that the Court continue the trial until May 17,
7  2011 or at a date thereafter that is convenient to the Court. In the alternative,
8  Spectrum requests an order to hear, on shortened time, Spectrum's Motion for an
9  Order Amending the Scheduling Order.

10  This Application is made pursuant to Local Rule 7-19 on the following
11  grounds, as more fully set forth in the attached Memorandum of Points and
12  Authorities and Declaration of Gary J. Gorham, filed concurrently herewith:

13  After a month of plaintiff Spectrum Laboratories, LLC's ("Spectrum")
14  painstaking efforts to obtain Defendant Libigrow, Inc.'s ("Libigrow") and
15  Libigrow's counsel's availability for mediation, Libigrow has refused to mediate
16  until the week before trial. Libigrow's counsel maintains his position despite the
17  fact that Spectrum's counsel has repeatedly reminded him that mediation (i) is
18  mandatory pursuant to the Court's June 4, 2010 Order (Dkt. No. 39), (ii) was
19  supposed to be completed by February 18, 2011, and (iii) could be helpful in settling
20  this matter. Spectrum therefore applies, *ex parte*, for an Order modifying the
21  Scheduling Order (Dkt. No. 37) to continue the Final Pretrial Conference, currently
22  set for March 21, 2011, and Trial, currently set for April 4, 2011, so that the parties
23  may have an opportunity to exhaust all settlement options before incurring the cost
24  of trial.

25  Spectrum also applies for an Order modifying the Scheduling Order because
26  Libigrow has utterly failed to cooperate with counsel with respect to the disclosure
27  of experts and witnesses, and because Libigrow – with two court days before the

28

Final Pretrial Conference – has not filed a Final Pretrial Conference Order. Libigrow's refusal to serve the Court-Ordered pre-trial order severely prejudices Spectrum by going to the pre-trial conference and trial without a timely opportunity to review Libigrow's exhibits and Pretrial Conference Order. Spectrum would be prejudiced by going to trial without a timely opportunity to review Spectrum's exhibits and Pretrial Conference Order.

Finally, due to an unforeseen conflict, Spectrum's designated expert, Bradley Evans, will not be available for trial until after April 20, 2011. Mr. Evans is a key witness for Spectrum because he will testify that the box of counterfeit "Quick Fix" product at issue in this case derived from the same printing source as a box of Libigrow's U Pass product. Therefore, his testimony establishes a key evidentiary link between Libigrow and the counterfeit product at issue. Without his testimony, therefore, Spectrum will be irreparably prejudiced and therefore his unavailability provides further good cause for continuing trial.

Spectrum cannot bring a regularly-noticed motion because the Final Pretrial Conference is less than one week away, and the Trial is less than three weeks away. Spectrum has not unnecessarily delayed in seeking relief. Rather, Spectrum has been diligent in its efforts by attempting to resolve this matter informally (including proposing a stipulation to Libigrow's counsel and meeting and conferring in person), especially in view of the fact that the pre-trial disclosures that Libigrow failed to participate in with Spectrum or provide were due this past Monday, March 14, 2010. Because Libigrow is neither willing to cooperate with Spectrum nor comply with the Court's Order, Spectrum has no choice but to apply *ex parte* and to request that the Court continue the trial until May 17, 2011 or at a date thereafter that is convenient to the Court.

This Application is based upon this Notice of *Ex Parte* Application, the Memorandum of Points and Authorities, the Declaration of Gary J. Gorham and the exhibits attached thereto, and the Proposed Order lodged herewith; the pleadings, records and files in this case, and upon such other evidence and argument as may be submitted to the Court.

**NOTICE TO COUNSEL PURSUANT TO COURT'S STANDING ORDER**

PLEASE TAKE FURTHER NOTICE THAT, pursuant to the Court's Standing Order, any opposing papers must be filed not later than 3:00 p.m. on the first business day following service of this Application. If counsel does not intend to oppose this *ex parte* Application, please inform the Courtroom Deputy Clerk at (213) 894-8899.

**NOTICE TO COUNSEL PURSUANT TO LOCAL RULE 7-19.1**

Before filing this Application, Spectrum's counsel, Gary J. Gorham, discussed the date and substance of this Application in person with Libigrow's counsel, Christopher Brainard.[1] Mr. Brainard indicated that he intends to oppose the Application.

DATED: March 16, 2011                LEADER GORHAM LLP

/s/Gary J. Gorham
Gary J. Gorham
Attorneys for Plaintiff
SPECTRUM LABORATORIES, LLC

---

[1] Spectrum has reached a settlement with the only other defendant, U.S. Global. The parties are currently awaiting signatures on the Settlement Agreement. After the Settlement Agreement is executed, Spectrum will file a dismissal of its claims as against U.S. Global only.