Gary J. Gorham (SBN: 171061)
ggorham@lglaw.la
Eric Ashton Puritsky (SBN 239577)
epuritsky@lglaw.la
Andrew W. Twietmeyer (SBN 254436)
atwietmeyer@lglaw.la
**LEADER GORHAM LLP**
1990 South Bundy Drive, Suite 390
Los Angeles, CA 90025
Telephone: (310) 696-3300
Telecopy: (310) 696-3305

Attorneys for Plaintiff
SPECTRUM LABORATORIES, LLC

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPECTRUM LABORATORIES, LLC, an Ohio limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>US GLOBAL IMPORT, INC., a California corporation; LIBIGROW, INC. d/b/a Xhale Distributors, a California corporation; GENERAL SUPPLY WHOLESALER, INC., a California corporation; and Does 1-10,<br><br>Defendants. | Case No. CV10-00329 PSG (JCx)<br>[Assigned to Hon. Philip S. Gutierrez, Courtroom 880]<br><br>**NOTICE OF LODGING [PROPOSED] FINAL PRETRIAL CONFERENCE ORDER**<br><br><u>Final PreTrial Conference</u><br><br>Date:  May 2, 2011<br>Time:  2:30 p.m.<br>Room:  880<br><br><br>Complaint Filed:  January 15, 2010<br>Discovery Cut-off:  December 28, 2010<br>Trial Date:  April 5, 2011 |

1

Plaintiff Spectrum Laboratories, LCC ("Spectrum") hereby lodges with this Court the [Proposed] Final Pretrial Conference Order. A copy is attached hereto.

DATED: April 25, 2011                    LEADER GORHAM LLP

/s/
GARY J. GORHAM
Attorneys for Plaintiff Spectrum
Laboratories, LLC