1  Gary J. Gorham (SBN: 171061)
   ggorham@lglaw.la
2  Eric Ashton Puritsky (SBN 239577)
3  epuritsky@lglaw.la
   **LEADER GORHAM LLP**
4  1990 South Bundy Drive, Suite 390
5  Los Angeles, CA 90025
   Telephone: (310) 696-3300
6  Telecopy: (310) 696-3305
7
8  Attorneys for Plaintiff
   SPECTRUM LABORATORIES, LLC
9
           UNITED STATES DISTRICT COURT
10
       FOR THE CENTRAL DISTRICT OF CALIFORNIA
11

| | |
|---|---|
| SPECTRUM LABORATORIES, LLC, an Ohio limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>US GLOBAL IMPORT, INC., a California corporation; LIBIGROW, INC. d/b/a Xhale Distributors, a California corporation; GENERAL SUPPLY WHOLESALER, INC., a California corporation; and Does 1-10,<br><br>Defendants. | Case No. CV10-00329 PSG (JCx)<br><br>**SPECTRUM LABORATORIES, LLC'S STATEMENT OF THE CASE**<br><br>Judge: Philip S. Gutierrez<br>Dept.: 880 (Roybal)<br>Final Pretrial: May 2, 2011<br>Trial Date: May 17, 2011 |

---

1

**SPECTRUM'S STATEMENT OF THE CASE**

CV10-00329 PSG (JCx)

Pursuant to the Court's June 3, 2010 Order for Jury Trial, plaintiff Spectrum Laboratories, LLC submits the following Joint Statement of the Case:[1]

This lawsuit involves claims for trademark infringement, trademark copyright, trade dress infringement and unfair competition.

The plaintiff is Spectrum Laboratories, LLC. Spectrum owns a trademark for a synthetic urine product called "Urine Luck." Spectrum also owns the distinct visual appearance – also called its trade dress – of its Urine Luck Quick Fix product and packaging.

The defendant is Libigrow, Inc. Spectrum asserts that Libigrow made and sold a counterfeit version of Spectrum's Urine Luck Quick Fix product, which included Spectrum's trademark and trade dress. Spectrum asserts that Libigrow's infringement of its trademark, counterfeiting of its trademark, infringement of its trade dress, and unfair competition has damaged Spectrum. Libigrow denies all of Spectrum's claims.

---

[1] Spectrum is unable to file a Joint Statement of the Case because counsel were unable to come to mutually-agreeable language. Libigrow sought to include the following: "Libigrow denies that Spectrum's Urine Luck is a valid trademark or trade dress because it is deceptively described, immoral, and specifically designed for an illegal purpose" and "Libigrow denies all of Spectrum's claims and claims that Spectrum has unclean hands." Libigrow would not agree to omit this language even though (i) Libigrow does not have an affirmative defense regarding deceptive description; (ii) Libigrow's reference to illegality of the product is irrelevant and the subject of a pending motion *in limine*; and (ii) the equitable issue of unclean hands is one for the Court – not the jury.

Spectrum seeks damages arising from its claims against Libigrow.

DATED: May 10, 2011     LEADER GORHAM LLP

  /s/Gary J. Gorham
Gary J. Gorham
Attorneys for Plaintiff
SPECTRUM LABORATORIES, LLC