Gary J. Gorham (SBN: 171061)
ggorham@lglaw.la
Eric Ashton Puritsky (SBN 239577)
epuritsky@lglaw.la
**LEADER GORHAM LLP**
1990 South Bundy Drive, Suite 390
Los Angeles, CA  90025
Telephone:  (310) 696-3300
Telecopy:    (310) 696-3305

Attorneys for Plaintiff
SPECTRUM LABORATORIES, LLC

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPECTRUM LABORATORIES, LLC, an Ohio limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>US GLOBAL IMPORT, INC., a California corporation; LIBIGROW, INC. d/b/a Xhale Distributors, a California corporation; GENERAL SUPPLY WHOLESALER, INC., a California corporation; and Does 1-10,<br><br>Defendants. | Case No. CV10-00329 PSG (JCx)<br><br>**JOINT MOTION FOR ENTRY OF PERMANENT INJUNCTION AND ORDER RATIFYING STIPULATION OF DISMISSAL**<br><br>Judge:         Philip S. Gutierrez<br>Hearing Date:  June 27, 2011<br>Time:          1:30 p.m.<br>Dept.:         880 (Roybal) |

Plaintiff Spectrum Laboratories, LLC ("Spectrum") and Defendant Libigrow, Inc. ("Libigrow") jointly move that the Court enter the Permanent Injunction and Order Ratifying Stipulation of Dismissal in the form attached hereto as Exhibit 1.

Pursuant to Federal Rule of Civil Procedure 41(a)(2), upon entry of said order, the parties stipulate that all matters between the parties be dismissed with prejudice with all rights of appeal being waived and all parties bearing their own costs and attorney's fees.

DATED: May 19, 2011

LEADER GORHAM LLP

/ S /
Gary J. Gorham
Attorneys for Plaintiff
SPECTRUM LABORATORIES, LLC

C. M. BRAINARD & ASSOCIATES

Christopher M. Brainard
Attorneys for Defendant
LIBIGROW, INC.