1
2
3
4
5
6
7

E-FILED 05/24/11
#256
JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPECTRUM LABORATORIES, LLC, an Ohio limited liability company,<br><br>   Plaintiff,<br><br>vs.<br><br>US GLOBAL IMPORT, INC., a California corporation; LIBIGROW, INC. d/b/a Xhale Distributors, a California corporation; GENERAL SUPPLY WHOLESALER, INC., a California corporation; and Does 1-10,<br><br>   Defendants. | Case No. CV10-00329 PSG (JCx)<br>[Hon. to Philip S. Gutierrez, Crtrm. 880]<br><br>**PERMANENT INJUNCTION AND ORDER RATIFYING STIPULATION OF DISMISSAL** |

Plaintiff Spectrum Laboratories, LLC ("Spectrum") and Defendant Libigrow, Inc. hereby stipulate that having waived any required findings of fact and/or conclusions of law, and having further waived any additional notice, and having stipulated and agreed that this Permanent Injunction and Order Ratifying Stipulation of Dismissal may be entered forthwith:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. Almuntasser Hbaiu and Libigrow, Inc., Xhale Distributors and Get it Up, Inc., and all their respective officers, employees, agents, servants, attorneys, parents, subsidiaries, affiliates and related companies and all persons acting for, with by, through or under them, and each of them ("Restrained Parties"), are permanently enjoined and restrained from:

    a. using any trademark, service mark, name, logo, word, term, symbol, device, or source designation of any kind, or any combination thereof, on, or in connection with, Restrained Parties' goods or services that is a copy, reproduction, colorable imitation, or simulation of, or is confusingly similar to, the terms "URINE LUCK," (Reg. No. 3,334,957) "URN LUCK," or "QUICK FIX (collectively, the "Urine Luck Marks"), in connection with manufacturing, advertising, distribution, marketing, importation, promotion, offering for sale, and/or sale of products neither originating from nor authorized by Spectrum;

    b. using any trade dress of any kind on, or in connection with, Restrained Parties' goods or services that is a copy, reproduction, colorable imitation, or simulation of, or is confusingly similar to, Spectrum URN Luck Quick Fix product trade dress (the "Urine Luck Trade Dress"), in connection with manufacturing, advertising, distribution, marketing, importation, promotion, offering for sale, and/or sale of products neither originating from nor authorized by Spectrum;

    c. manufacturing, advertising, distributing, marketing, importing, promoting, offering for sale, and or selling a counterfeit version of Spectrum's Urine Luck Quick Fix product that copies Spectrum's packaging, including the Urine Luck Marks and the Urine Luck Trade Dress (the "Counterfeit Product);

    d. representing that Restrained Parties' goods or services originate from Spectrum or taking other action likely to cause confusion as to the origin of such goods or services;

    e. infringing or diluting the Urine Luck Marks;

    f. infringing or diluting the Urine Luck Trade Dress; and

    g. engaging in any other activity constituting infringement of Spectrum's trademark rights or otherwise unfairly competing with Spectrum in any way.

  2. The Court shall retain jurisdiction of this matter for purposes of enforcement, performance and modification of this Permanent Injunction.

  3. The Court shall retain jurisdiction of this matter for purposes of enforcement, performance and modification of any and all settlement agreements entered into between Spectrum and defendant Libigrow, Inc.

  4. Upon entry of this Order, the Complaint shall be dismissed with prejudice, with each party to bear its own fees and costs.

  5. No bond shall be required to secure this Permanent Injunction.

Dated: 05/23/11

              Hon. Philip S. Gutierrez
              United States District Judge